# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Damiah Jones, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-1221 JRT/LIB |
| Jefferson Capital Systems, LLC, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

   this case is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

Date: 11/29/2021                                                                 KATE M. FOGARTY, CLERK